ELECTROL, Inc., v. THOMAS D. RUSSO, Inc.

No. 2886.

Circuit Court of Appeals, First Circuit.
Dec. 19, 1933.

PER CURIAM.

Decree in the District Court was for defendant with costs. Upon stipulation and motion the case was docketed, the decree of the District Court vacated, and the case remanded forthwith to District Court with directions to enter a decree as follows: "The bill of complaint is dismissed without costs."

FEATHER RIVER LUMBER COMPANY, Appellant, v. Russell B. SEYMOUR, as Trustee in Bankruptcy of PEPPERS FRUIT COMPANY, and Union Ice Co., Appellees.

No. 7332.

Circuit Court of Appeals, Ninth Circuit.
Feb. 23, 1934.

G. V. Weikert, of Los Angeles, Cal., for appellant.

Reuben G. Hunt and Paul W. Sampsell, both of Los Angeles, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, without costs to either party; bond exonerated and surety discharged from any liability.

Nellie O. FERNALD, as Administratrix of the Goods, Chattels and Credits Which were of Harry E. Fernald, Deceased, Respondent, v. BOSTON & MAINE RAILROAD COMPANY, Appellant.

No. 152.

Circuit Court of Appeals, Second Circuit.
Jan. 8, 1934.

See, also, 62 F.(2d) 782.

Martin Gilligan, of New York City (K. O. Mott-Smith, of New York City, of counsel), for appellant.

Alfred T. Rowe, of New York City (Sol Gelb, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.